## ALABAMA SJIS CASE DETAIL



**PREPARED FOR: MARYMARGARET COLLIER**

County: **05**   Case Number: **CV-2014-901290.00**   Court Action:
Style: **RACHEL HODGE V. GEICO GENERAL INSURANCE COMPANY**

[Real Time]

# Case

### Case Information

| | | | | |
|---|---|---|---|---|
| County: | **05-BALDWIN** | Case Number: | **CV-2014-901290.00** | Judge: | **CJN:C. JOSEPH NORTON** |
| Style: | **RACHEL HODGE V. GEICO GENERAL INSURANCE COMPANY** | | | |
| Filed: | **10/24/2014** | Case Status: | **ACTIVE** | Case Type: | **CONTRACT/EJMNT/SEIZU** |
| Trial Type: | **JURY** | Track: | | Appellate Case: | **0** |
| No of Plaintiffs: | **1** | No of Defendants: | **1** | | |

### Damages

| | | | | |
|---|---|---|---|---|
| Damage Amt: | **0** | Punitive Damages: | **0** | General Damages: | **0** |
| No Damages: | | Compensatory Damages: | **0** | | |
| Pay To: | | Payment Frequency: | | Cost Paid By: | |

### Court Action

| | | | | |
|---|---|---|---|---|
| Court Action Code: | | Court Action Desc: | | Court Action Date: | |
| Num of Trial days: | **0** | Num of Liens: | **0** | Judgment For: | |
| Dispositon Date of Appeal: | | Disposition Judge : | | Disposition Type: | |
| Revised Judgement Date: | | Minstral: | | Appeal Date: | |
| Date Trial Began but No Verdict (TBNV1): | | | | | |
| Date Trial Began but No Verdict (TBNV2): | | | | | |

### Comments

Comment 1:
Comment 2:

### Appeal Information

| | | | | |
|---|---|---|---|---|
| Appeal Date: | | Appeal Case Number: | | Appeal Court: | |
| Appeal Status: | | Orgin Of Appeal: | | | |
| Appeal To: | | Appeal To Desc: | | LowerCourt Appeal Date: | |
| Disposition Date Of Appeal: | | Disposition Type Of Appeal: | | | |

### Administrative Information

| | | | | |
|---|---|---|---|---|
| Transfer to Admin Doc Date: | | Transfer Reason: | | Transfer Desc: | |
| Number of Subponeas: | | Last Update: | **11/19/2014** | Updated By: | **ELC** |

# Settings

### Settings

| | Date | Que | Time | Description |
|---|---|---|---|---|
| 1 | 09/14/2015 | 001 | 09:00 AM | JTRL - TRIAL - JURY |

# Parties
## Party 1 - Plaintiff INDIVIDUAL - HODGE RACHEL



**EXHIBIT**

1

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | C001-Plaintiff | Name: | HODGE RACHEL | Type: | I-INDIVIDUAL |
| Index: | D GEICO GENERA | Alt Name: | | JID: | CJN |
| Address 1: | 30230 D'OLIVE RIDGE | | Hardship: No | | |
| Address 2: | | | Phone: (334) 000-0000 | | |
| City: | SPANISH FORT | State: | AL | Zip: 36527-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: F | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | |
|---|---|---|---|
| Issued: | Issued Type: | Reissue: | Reissue Type: |
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | CAL062 | | CALDWELL CLYDE RANDALL JR | RCALDWELL@CALDWELLWENZEL.COM | (251) 948-7017 |

### Party 2 - Defendant BUSINESS - GEICO GENERAL INSURANCE COMPANY

## Party Information

| | | | | | |
|---|---|---|---|---|---|
| Party: | D001-Defendant | Name: | GEICO GENERAL INSURANCE COMPANY | Type: | B-BUSINESS |
| Index: | C HODGE RACHEL | Alt Name: | | JID: | CJN |
| Address 1: | 2 NO JACKSON STREET | | Hardship: No | | |
| Address 2: | SUITE 605 | | Phone: (334) 000-0000 | | |
| City: | MONTGOMERY | State: | AL | Zip: 36104-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | Race: |

## Court Action

| | | | | |
|---|---|---|---|---|
| Court Action: | | | | Court Action Date: |
| Amount of Judgement: | $0.00 | Court Action For: | | Exemptions: |
| Cost Against Party: | $0.00 | Other Cost: | $0.00 | Date Satisfied: |
| Comment: | | | | Arrest Date: |
| Warrant Action Date: | | Warrant Action Status: | | Status Description: |

## Service Information

| | | | | |
|---|---|---|---|---|
| Issued: | 10/24/2014 | Issued Type: | C-CERTIFIED MAIL | Reissue: | Reissue Type: |
| Return: | | Return Type: | | Return Type: | |
| Served: | 10/29/2014 | Service Type | C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | 11/21/2014 | Answer Type: | D-COMPLAINT DENIED | Notice of No Service: | Notice of No Answer: |

## Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | OWE009 | | OWEN CLYDE CRADDOCK JR. | CCOWEN@BALL-BALL.COM | (334) 387-2886 |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $6.69 | $6.69 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV | C001 | 000 | $0.00 | $19.21 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 | C001 | 000 | $328.50 | $328.50 | $0.00 | $0.00 | 0 |
| ACTIVE | N | JDMD | C001 | 000 | $100.00 | $100.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM | C001 | 000 | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | Total: | $480.19 | $499.40 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/29/2014 | CREDIT | CONV | 2015020 | 4396930 | $19.21 | C001 | 000 | | N | | | LAJ |
| 10/29/2014 | RECEIPT | AOCC | 2015020 | 4396920 | $6.69 | C001 | 000 | | N | | | LAJ |
| 10/29/2014 | RECEIPT | CV05 | 2015020 | 4396940 | $328.50 | C001 | 000 | | N | | | LAJ |
| 10/29/2014 | RECEIPT | JDMD | 2015020 | 4396950 | $100.00 | C001 | 000 | | N | | | LAJ |
| 10/29/2014 | RECEIPT | VADM | 2015020 | 4396960 | $45.00 | C001 | 000 | | N | | | LAJ |

## Case Action Summary

| Date: | Time: | Code | Comments | | Operator |
|---|---|---|---|---|---|
| 10/24/2014 | 10:03 AM | ECOMP | COMPLAINT E-FILED. | | CAL062 |
| 10/24/2014 | 10:13 AM | FILE | FILED THIS DATE: 10/24/2014 | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | EORD | E-ORDER FLAG SET TO "Y" | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | ASSJ | ASSIGNED TO JUDGE: JOE NORTON | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | SCAN | CASE SCANNED STATUS SET TO: N | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | TDMJ | JURY TRIAL REQUESTED | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | ORIG | ORIGIN: INITIAL FILING | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE | (AV01) | AJA |
| 10/24/2014 | 10:13 AM | C001 | C001 PARTY ADDED: HODGE RACHEL | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | C001 | C001 E-ORDER FLAG SET TO "N" | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | C001 | LISTED AS ATTORNEY FOR C001: CALDWELL CLYDE RANDA | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | C001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | D001 | D001 PARTY ADDED: GEICO GENERAL INSURANCE COMPANY | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | D001 | INDIGENT FLAG SET TO: N | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE | (AV02) | AJA |
| 10/24/2014 | 10:13 AM | D001 | D001 E-ORDER FLAG SET TO "N" | (AV02) | AJA |

| 10/24/2014 | 10:13 AM | D001 | CERTIFIED MAI ISSUED: 10/24/2014 TO D001   (AV02) | AJA |
| 10/24/2014 | 10:13 AM | ETRAN | COMPLAINT - SUMMONS | |
| 10/27/2014 | 9:16 AM | ESCAN | SCAN - FILED 10/27/2014 - SUMMONS ISSUED | LIH |
| 11/4/2014 | 12:53 PM | ESERC | SERVICE RETURN | BEJ |
| 11/4/2014 | 12:53 PM | D001 | SERVICE OF CERTIFIED MAI ON 10/29/2014 FOR D001 | LAJ |
| 11/4/2014 | 12:53 PM | ETRAN | SERVICE RETURN - TRANSMITTAL | |
| 11/19/2014 | 11:42 AM | EMOT | D001-MOTN TO DIS. PURS. TO RULE 12(B) FILED. | OWE009 |
| 11/19/2014 | 11:43 AM | ETRAN | MOTION - TRANSMITTAL | |
| 11/19/2014 | 11:53 AM | D001 | LISTED AS ATTORNEY FOR D001: OWEN CLYDE CRADDOCK | AJA |
| 11/19/2014 | 11:53 AM | EMOT | D001-MOTN TO DIS. PURS. TO RULE 12(B) /DOCKETED | BEJ |
| 11/19/2014 | 1:58 PM | DAT1 | FOR: TRIAL - JURY ON 09/14/2015 @ 0900A   (AV01) | ELC |
| 11/19/2014 | 1:59 PM | JEORDE | ORDER E-FILED - ORDER - ORDER SETTING TRIAL E-FILED - RENDERED & ENTERED: 11/19/2014 1:59:52 PM | |
| 11/19/2014 | 1:59 PM | ETRAN | ORDER - TRANSMITTAL | |
| 11/20/2014 | 11:14 AM | JEORDE | ORDER GENERATED FOR MOTN TO DIS. PURS. TO RULE 12(B) - RENDERED & ENTERED: 11/20/2014 11:14:25 AM - ORDER | |
| 11/20/2014 | 11:14 AM | ETRAN | ORDER - TRANSMITTAL | |
| 11/21/2014 | 10:49 AM | EANSW | D001 - COMPLAINT DENIED E-FILED. | OWE009 |
| 11/21/2014 | 10:49 AM | ETRAN | ANSWER - TRANSMITTAL | |
| 11/21/2014 | 10:50 AM | D001 | ANSWER OF COMP DENIED ON 11/21/2014 FOR D001(AV02) | AJA |
| 11/21/2014 | 11:26 AM | EAMEN | AMENDED COMPLAINT E-FILED. | CAL062 |
| 11/21/2014 | 11:27 AM | ETRAN | COMPLAINT - TRANSMITTAL | |

 ***END OF THE REPORT***

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>05-CV-201<br>Date of Filing:<br>10/24/2014 | ELECTRONICALLY FILED<br>10/24/2014 10:03 AM<br>05-CV-2014-901290.00<br>CIRCUIT COURT OF<br>BALDWIN COUNTY, ALABAMA<br>JODY WISE CAMPBELL, CLERK |

## GENERAL INFORMATION

### IN THE CIRCUIT OF BALDWIN COUNTY, ALABAMA
### RACHEL HODGE v. GEICO GENERAL INSURANCE COMPANY

**First Plaintiff:** ☐ Business ☑ Individual  **First Defendant:** ☑ Business ☐ Individual
☐ Government ☐ Other   ☐ Government ☐ Other

### NATURE OF SUIT:

**TORTS: PERSONAL INJURY**

☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonnes
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**

☐ TOPE - Personal Property
☐ TORE - Real Property

**OTHER CIVIL FILINGS**

☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**

☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture
   Appeal/Enforcement of Agency Subpoena/Petition to
   Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP-Contempt of Court
☑ CONT-Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND- Equity Non-Damages Actions/Declaratory
   Judgment/Injunction Election Contest/Quiet Title/Sale For
   Division
☐ CVUD-Eviction Appeal/Unlawfyul Detainer
☐ FORJ-Foreign Judgment
☐ FORF-Fruits of Crime Forfeiture
☐ MSHC-Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB-Protection From Abuse
☐ FELA-Railroad/Seaman (FELA)
☐ RPRO-Real Property
☐ WTEG-Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP-Workers' Compensation
☐ CVXX-Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING        A ☐ APPEAL FROM        O ☐ OTHER
                                         DISTRICT COURT

          R ☐ REMANDED           T ☐ TRANSFERRED FROM    _____
                                         OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ Yes  ☐ No

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**  CAL062   10/24/2014 10:03:10 AM   /s/ C. Randall Caldwell JR.

**MEDIATION REQUESTED:**  ☐ Yes  ☑ No  ☐ Undecided

ELECTRONICALLY FILED
10/24/2014 10:03 AM
05-CV-2014-901290.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

**RACHEL ASHLEIGH HODGE**

     **Plaintiff,**

**v.**

**JOSHUA MATTHEW LYONS**                   **CIVIL ACTION NO.: CV-13-_____**

     **Defendant.**

### COMPLAINT

#### JURISDICTION

1. The Plaintiff, RACHEL ASHLEIGH HODGE, is a resident of Baldwin County, Alabama.

2. The Defendant, JOSHUA MATTHEW LYONS, upon information and belief, is a resident of Baldwin County, Alabama.

3. The accident made the basis of this lawsuit occurred in Baldwin County, Alabama. Jurisdiction and venue of this action are proper in Baldwin County, Alabama.

4. The amount in controversy exceeds the minimum jurisdictional limits of this Honorable Court.

#### FIRST CAUSE OF ACTION
#### (NEGLIGENCE)

Plaintiff, RACHEL ASHLEIGH HODGE, alleges against the Defendant, JOSHUA MATTHEW LYONS, as follows:

1. The Plaintiff adopts and realleges the Jurisdictional Preamble as though set out fully herein.

2. On July 5, 2011, Plaintiff Rachel Ashleigh Hodge was a passenger in a car driven by the Defendant.

3. The owner of the car is the Plaintiff's father, Vincent J. Hodge and the Defendant was not authorized to drive the car.

4.      The Plaintiff was severely injured when the car driven by the Defendant collided with a guardrail and then a concrete barrier at the I-10 Highway 98 Daphne exit.

5.      Two witnesses to the accident stated that the Defendant caused the accident by travelling at a high rate of speed and operating the car in an aggressive manner.

6.      According to witnesses, the Defendant was travelling at a speed of 95 mph in an area where the speed limit was 65 mph.

7.      The Defendant was negligent as follows:

   a.   Operated the vehicle at a high rate of speed which was unsafe;

   b.   Operated the vehicle in an unreasonably aggressive manner which was unsafe;

   c.   Made improper lane changes;

   d.   Failed to yield the right of way;

   e.   Failed to keep a proper lookout.

8.      As a proximate cause of the Defendant's negligence, the Plaintiff was caused to suffer numerous injuries, including multiple lacerations, vertebral fracture, lacerated liver, small bowel rupture, ascending colon mesenteric hematoma, left tibial spine fracture, left fibular head fracture and left anterior cruciate ligament partial tear.  These injuries required several surgeries including a back surgery which left Plaintiff immobile for several months.  She has also undergone a surgery procedure on her leg.  The Plaintiff is permanently injured, and was caused to suffer physical pain and mental anguish which she still suffers and will suffer in the future.  She will be caused to undergo additional treatment in the future.  Additionally, she was caused to incur medical bills, hospital bills and other medical expenses in and about the care and treatment of her injuries.

9.     WHEREFORE, the Plaintiff, RACHEL ASHLEIGH HODGE demands judgment against the Defendant JOSHUA MATTHEW LYONS, for actual damages, general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit, plus interest and costs.

SECOND CAUSE OF ACTION
(WANTONNESS)

Plaintiff, RACHEL ASHLEIGH HODGE, alleges against the Defendant, JOSHUA MATTHEW LYONS, as follows:

1.  The Plaintiff adopts and realleges the Jurisdictional Preamble as though set out fully herein.

2.  On July 5, 2011, Plaintiff Rachel Ashleigh Hodge was a passenger in a car driven by the Defendant.

3.  The owner of the car is the Plaintiff's father, Vincent J. Hodge and the Defendant was not authorized to drive the car.

4.  The Plaintiff was severely injured when the car driven by the Defendant collided with a guardrail and then a concrete barrier at the I-10 Highway 98 Daphne exit.

5.  Two witnesses to the accident stated that the Defendant caused the accident by travelling at a high rate of speed and operating the car in an aggressive manner.

6.  According to witnesses, the Defendant was travelling at a speed of 95 mph in an area where the speed limit was 65 mph.

7.  The Defendant was wanton as follows:

    f.   Operated the vehicle at a high rate of speed which was unsafe;

  g. Operated the vehicle in an unreasonably aggressive manner which was unsafe;

  h. Made improper lane changes;

  i. Failed to yield the right of way;

  j. Failed to keep a proper lookout.

8. As a proximate cause of the Defendant's wantonness, the Plaintiff was caused to suffer numerous injuries, including multiple lacerations, vertebral fracture, lacerated liver, small bowel rupture, ascending colon mesenteric hematoma, left tibial fracture, left fibular head fracture and left anterior cruciate ligament partial tear. These injuries required several surgeries including a back surgery which left Plaintiff immobile for several months. She has also undergone a surgery procedure on her leg. The Plaintiff is permanently injured, and was caused to suffer physical pain and mental anguish which she still suffers and will suffer in the future. She will be caused to undergo additional treatment in the future. Additionally, she was caused to incur medical bills, hospital bills and other medical expenses in and about the care and treatment of her injuries.

9. WHEREFORE, the Plaintiff, RACHEL ASHLEIGH HODGE demands judgment against the Defendant JOSHUA MATTHEW LYONS, for actual damages, general damages, punitive damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit, plus interest and costs.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

        ATTORNEYS FOR THE PLAINTIFF


      BY: s/C.Randall Caldwell, Jr     .
        C. RANDALL CALDWELL, JR (CAL062)
        CALDWELL WENZEL, P. C.
        Post Office Box 2158
        Foley, Alabama 36536

(251) 214-2776


BY:  s/Kevin M. Robson                    .
        KEVIN M. ROBSON (ROB143)
        ROBSON LAW FIRM, LLC
        P. O. Box 1704
        Mobile, Alabama 36601
        (251) 648-8273


THE DEFENDANT SHALL BE SERVED VIA PRIVATE PROCESS SERVER AT THE FOLLOWING
ADDRESS:

Joshua Matthew Lyons
184 Ridgewood Dr
Daphne, AL 36526

| State of Alabama<br>Unified Judicial System<br><br>Form C-34   Rev 6/88 | SUMMONS<br>- CIVIL - | Case Number:<br><br>05-CV-2014-901290.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF BALDWIN COUNTY
### RACHEL HODGE V. GEICO GENERAL INSURANCE COMPANY

NOTICE TO   GEICO GENERAL INSURANCE COMPANY, 2 NO JACKSON STREET SUITE 605, MONTGOMERY, AL 36104

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE OPPOSING PARTY'S ATTORNEY C. Randall Caldwell JR.

WHOSE ADDRESS IS  Post Office Box 2142, Foley, AL 36636

THE ANSWER MUST BE MAILED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT WERE DELIVERED TO YOU OR A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT.

TO ANY SHERIFF OR ANY PERSONNEL AUTHORIZED by the Alabama Rules of the Civil Procedure:

☐ You are hereby commanded to serve this summons and a copy of the complaint in this action upon the defendant

☑ Service by certified mail of this summons is initiated upon the written request of   RACHEL HODGE
   pursuant to the Alabama Rules of the Civil Procedure

Date   10/24/2014 10:02:58 AM      /s/ JODY WISE CAMPBELL

Clerk/Register

312 COURTHOUSE SQUARE

SUITE 10
BAY MINETTE, AL 36507

☑ Certified Mail is hereby requested      /s/ C. Randall Caldwell JR.

Plaintiff's/Attorney's Signature

RETURN ON SERVICE:

☐ Return receipt of certified mail received in this office on _____

☐ I certify that I personally delivered a copy of the Summons and Complaint to _____

_____ in _____ County, Alabama on _____
(Date)

_____
Date

_____
Server's Signature

_____
Address of Server

_____
Type of Server

_____
Server's Printed Name

_____
Phone Number of Server

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X _____  ☐ Agent  ☐ Addressee

**B. Received by** *(Printed Name)*     **C. Date of Delivery**  10.29.14

**D.** Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

CIRCUIT COURT
BALDWIN COUNTY AL
FILED

NOV 03 2014

JODY W. CAMPBELL
CIRCUIT COURT CLERK

1. Article Addressed to:

Geico General Insurance Co.
2 North Jackson Street
Suite 605
Montgomery, AL  36104

CV-14-901290 (0001)

**3. Service Type**
☑ Certified Mail     ☐ Priority Mail Express™
☐ Registered         ☑ Return Receipt for Merchandise
☐ Insured Mail       ☐ Collect on Delivery

**4.** Restricted Delivery? *(Extra Fee)*     ☐ Yes

**2. Article Number**
*(Transfer from sen*

7013 2250 0001 3789 7313

PS Form 3811, July 2013     Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Jody Wise Campbell
Circuit Clerk
312 Courthouse Square, Suite 10
Bay Minette, AL 36507



ELECTRONICALLY FILED
11/19/2014 11:42 AM
05-CV-2014-901290.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT FOR
## BALDWIN COUNTY, ALABAMA

| | |
|---|---|
| RACHEL ASHLEIGH HODGE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     Civil Action No. CV-2014-901290 |
| | ) |
| JOSHUA MATTHEW LYONS and | ) |
| GEIGO GENERAL INSURANCE CO., | ) |
| | ) |
|     Defendant. | ) |

### MOTION TO DISMISS

Comes now the Defendant, GEICO General Insurance Company, and pursuant to the provisions of Rule 12(b)(6), Ala.R.Civ.P., moves the Court to dismiss the above-styled action and as grounds asserts the following:

    1.    The Plaintiff's Complaint fails to state a claim upon which relief can be granted.

 

/s/ Jack Owen
JACK OWEN      (OWE009)
Attorney for Defendant
GEICO General Insurance Company

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Ste. 9045
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:    (334) 387-3222
Email  CCOwen@Ball-Ball.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2014, I electronically filed the foregoing with the Clerk of the Court, using the ALAFILE system which will send notification of such filing to the following registered persons and that those persons not registered with the ALAFILE system were served by U.S. mail:

/s/ Jack Owen
OF COUNSEL

C. Randall Caldwell, Jr., Esq.
Caldwell Wenzel, P.C.
P. O. Box 2158
Foley, AL  36536

Kevin M. Robson, Esq.
Robson Law Firm, LLC
P. O. Box 1704
Mobile, AL  36601

2



ELECTRONICALLY FILED
11/19/2014 1:59 PM
05-CV-2014-901290.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| HODGE RACHEL,<br>Plaintiff, | ) | |
| | ) | |
| | ) | |
| V. | ) | Case No.:    CV-2014-901290.00 |
| | ) | |
| GEICO    GENERAL    INSURANCE<br>COMPANY,<br>Defendant. | )<br>)<br>) | |

## ORDER

Case is set for trial during the September 14-25, 2015 term of Court.  Docket call is August 25, 2015 at 1:30 p.m. in Courtroom #4.  No continuance will be considered if filed after August 20, 2015.

**DONE this 19th day of November, 2014.**

/s/ C. JOSEPH NORTON
_____
**CIRCUIT JUDGE**



ELECTRONICALLY FILED
11/20/2014 11:14 AM
05-CV-2014-901290.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

|  |  |  |
|---|---|---|
| HODGE RACHEL,<br>Plaintiff, | ) | |
| | ) | |
| V. | ) Case No.: | CV-2014-901290.00 |
| | ) | |
| GEICO   GENERAL   INSURANCE<br>COMPANY,<br>Defendant. | ) | |

## ORDER

MOTION TO DISMISS PURSUANT TO RULE 12(B) filed by GEICO GENERAL INSURANCE COMPANY is hereby DENIED.

DONE this 20th day of November, 2014.

/s/ C. JOSEPH NORTON
**CIRCUIT JUDGE**



ELECTRONICALLY FILED
11/21/2014 10:49 AM
05-CV-2014-901290.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT FOR
## BALDWIN COUNTY, ALABAMA

RACHEL ASHLEIGH HODGE,        )
                             )
    Plaintiff,              )
                             )
v.                           )        **Civil Action No. CV-2014-901290**
                             )
JOSHUA MATTHEW LYONS and      )
GEICO GENERAL INSURANCE CO.,  )
                             )
    Defendant.              )

### ANSWER

Defendant GEICO General Insurance Company (GEICO) answers the Plaintiff's Complaint as follows:

1.    The Plaintiff's Complaint asserts no claims against Defendant GEICO.

2.    The Plaintiff's Complaint makes no mention of Defendant GEICO whatsoever.

3.    The Plaintiff's Complaint, therefore, fails to state a claim upon which relief can be granted against Defendant GEICO.

             /s/ Jack Owen
             JACK OWEN      (OWE009)
             Attorney for Defendant
             GEICO General Insurance Company

OF COUNSEL:
BALL, BALL, MATTHEWS & NOVAK, P.A.
445 Dexter Avenue, Ste. 9045
Post Office Box 2148
Montgomery, Alabama 36102-2148
Phone: (334) 387-7680
Fax:   (334) 387-3222
Email  CCOwen@Ball-Ball.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 21, 2014, I electronically filed the foregoing with the Clerk of the Court, using the ALAFILE system which will send notification of such filing to the following registered persons and that those persons not registered with the ALAFILE system were served by U.S. mail:

/s/ Jack Owen
OF COUNSEL

C. Randall Caldwell, Jr., Esq.
Caldwell Wenzel, P.C.
P. O. Box 2158
Foley, AL  36536

Kevin M. Robson, Esq.
Robson Law Firm, LLC
P. O. Box 1704
Mobile, AL  36601

2



ELECTRONICALLY FILED
11/21/2014 11:26 AM
05-CV-2014-901290.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY WISE CAMPBELL, CLERK

## IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA

RACHEL ASHLEIGH HODGE

     **Plaintiff,**

**v.**

**GEICO GENERAL INSURANCE COMPANY**       **CIVIL ACTION NO.: CV-14-901290**

     **Defendant.**

### AMENDED COMPLAINT

Comes now the Plaintiff and substitutes this Amended Complaint entirely for the original Complaint that was filed against GEICO GENERAL INSURANCE COMPANY as the original Complaint was the incorrect one.   The Correct Complaint should read as follows:

### JURISDICTIONAL PREAMBLE

1.   The Plaintiff, RACHEL ASHLEIGH HODGE, is a resident of Baldwin County, Alabama.

2.   The Uninsured Motorist, JOSHUA MATTHEW LYONS, upon information and belief, is a resident of Baldwin County, Alabama.

3.   The Defendant, GEICO GENERAL INSURANCE COMPANY is a foreign corporation that has sufficient minimum contacts with the State of Alabama to invoke the jurisdiction of this Court.

4.   The accident made the basis of this lawsuit occurred in Baldwin County, Alabama.  Jurisdiction and venue of this action are proper in Baldwin County, Alabama.

5.   The amount in controversy exceeds the minimum jurisdictional limits of this Honorable Court.

### STATEMENT OF FACTS

6.   The Plaintiff was severely injured in an automobile accident on July 5, 2011wherein she was an unconscious passenger in her own vehicle which was driven by an unauthorized driver Joshua Matthew Lyons at a highly excessive speed.

7.      That Plaintiff sent a letter to Geico on February 27, 2012 placing them on notice that Mr. Lyons was an uninsured or underinsured driver and that Plaintiff anticipated making an Uninsured Motorist claim.

8.      That Plaintiff filed suit against Joshua Lyons on April 15, 2013 in the Circuit Court of Baldwin County, Alabama.  Mr. Lyons avoided service, including a private process server, for several weeks until ultimately the Court granted Plaintiff's Motion to serve Mr. Lyons by publication on July 16, 2013.

9.      That Mr. Lyons was deemed served by publication on September 10, 2013.

10.     That Plaintiff sent a letter to Defendant, Geico, on October 22, 2013 advising that Mr. Lyons had not filed an Answer to the Complaint and that Plaintiff would seek a Default Judgment unless we heard from Geico by November 22, 2013.

11.     Geico replied on November 21, 2013 reaffirming their decision to deny coverage in the matter.

12.     That on January 15, 2014 the Plaintiff filed a Motion For Default Judgment against Mr. Lyons for failure to file a responsive pleading.  The Court promptly set the Motion for a hearing on February 18, 2014.

13.     That the hearing took place on February 18, and after hearing testimony from the Plaintiff and submission of multiple medical records into evidence, the Court entered Judgment against Mr. Lyons in the amount of $150,000.00.

14.     That on August 26, 2014, Plaintiff's counsel sent a letter to Geico advising of the Judgment and demanding payment from the Uninsured Motorist coverage of Plaintiff's policy.

15.     That on September 9, 2014 Geico replied by again denying coverage and referencing their prior letter of November 21, 2013.

16.     That at all relevant times hereto, Plaintiff was covered under a policy/policies held in the name of her father, Vincent Hodge sufficient to cover the full $150,000.00 judgment.

### FIRST CAUSE OF ACTION
### (BREACH OF CONTRACT)

Comes now the Plaintiff and alleges against the Defendant, **GEICO GENERAL INSURANCE COMPANY,** as follows:

17.     The Jurisdictional Preamble to the Complaint and Statement of Facts are adopted, realleged, and incorporated in this cause of action.

18.     The Plaintiff is covered under an insurance policy issued by Geico General Insurance Company to the Plaintiff's father, Vincent Hodge which contains Uninsured Motorist coverage and that said policy was in full effect on the date Plaintiff was severely injured in the automobile accident.

19.     The Plaintiff has given notice to Defendant on multiple occasions and Defendant has denied coverage each and every time.

20.     This said refusal to pay constitutes a willful and material breach of the contract of insurance by the Defendant.   As a result, the Plaintiff has been caused to suffer actual damages, consequential damages, and mental anguish.

WHEREFORE, the premises considered, the Plaintiff demands judgment against the Defendant, **GEICO GENERAL INSURANCE COMPANY,** for actual damages, general damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit.

## SECOND CAUSE OF ACTION
### (BAD FAITH)

Comes now the Plaintiff and alleges against the Defendant, **GEICO GENERAL INSURANCE COMPANY,** as follows:

21.     The Jurisdictional Preamble, Statement of Facts, and all previous causes of action are adopted, realleged, and incorporated in this cause of action.

22.     The Defendant was under a duty to promptly and fairly pay the claim made by the Plaintiff, and at all times pertinent herein, had a duty to exercise reasonable care and good faith in investigating the Plaintiff's claim, and had a duty to comply with the terms of its own policy of insurance.

23.     The Defendant has not promptly or fairly paid the claim of the Plaintiff, and, in fact, has intentionally and deliberately refused to pay said claim, all to the detriment of the Plaintiff.  In addition, the Defendant has failed and refused to conduct a reasonable investigation of the basis of their denial of the Plaintiff's claim, and has failed to honor the undisputed legitimate claim of the Plaintiff under the terms of the policy of insurance and has acted with careless and reckless disregard for the rights of the Plaintiff as an insured under said policy.

24.     The Defendant has breached its obligation to honor the Plaintiff's claim, based upon reasons which are contrary to the provisions of its own policy and the representations made about coverage under the policy to induce the Plaintiff to purchase the policy, thus forcing Plaintiff to employ attorneys to litigate its claim.  The acts of the Defendant in so refusing to honor the legitimate claim of the Plaintiff were intentionally done in such a manner as to constitute bad faith giving rise to an independent tort entitling the Plaintiff to actual and punitive damages from the Defendant.

25.     The acts of the Defendant, as aforesaid, were intentional, malicious, and done with intent to annoy and injure the Plaintiff.  The Defendant so acted with full knowledge of substantial certainty of detriment to the Plaintiff and so acted with conscious indifference to the rights of the Plaintiff under the

contract of insurance issued by Defendant to the Plaintiff.  As a result of the actions of the Defendant, the Plaintiff has been caused to suffer significant consequential damages, emotional distress, and mental anguish.

WHEREFORE, the premises considered, the Plaintiff demands judgment against the Defendant, **GEICO GENERAL INSURANCE COMPANY**, for actual damages, general damages, punitive damages, and such other damages as allowed by the State of Alabama in an amount in excess of this Honorable Court's jurisdictional limit.

## THIRD CAUSE OF ACTION
### (DECLARATORY JUDGMENT)

Comes now the Plaintiff and alleges against the Defendant, **GEICO GENERAL INSURANCE COMPANY**, as follows:

26.    The Jurisdictional Preamble, Statement Of Facts, and prior Causes of Action are adopted, realleged, and incorporated in this cause of action.

27.    This action is brought pursuant to the provisions of the Code of Alabama 1975 § 6-6-220, et seq.

28.    That on or about July 5, 2011, Plaintiff was covered under one or more policies of insurance issued by Defendant.

29.    That said policies of insurance contain UM coverage covering Plaintiff in the event she is injured by an at-fault uninsured motorist.

30.    That on or about July 5, 2011, Plaintiff was injured as a result of the wantonness of Joshua Lyons.

31.     That there now exists an actual controversy between the Plaintiff and the Defendant on which Substantial rights, status and/or legal relations depend.   More specifically, the parties dispute their respective rights, duties, and obligations pursuant to the Insurance Agreement.

WHEREFORE, the premises considered, Plaintiff respectfully requests this Honorable Court render a declaratory judgment finding:

(a) That the Insurance Agreement was active and in place on the date of Plaintiff's injury;

(b) That the Uninsured Motorist provision of the Insurance Agreement is valid and provides coverage for the injuries made the basis of this litigation;

(c) That the Plaintiff can enforce the Insurance Agreement against the Defendant;

(d) That the Court make any other findings which are proper and necessary to expedite the resolution of this matter;

That the Court will award, to the Plaintiff, attorney's fees, costs, and any other relief the Court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY.**

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY.**

ATTORNEYS FOR THE PLAINTIFF

BY:   s/C.Randall Caldwell, Jr                            .
            C. RANDALL CALDWELL, JR (CAL062)
            CALDWELL WENZEL, P. C.
            Post Office Box 2158
            Foley, Alabama 36536
            (251) 214-2776

BY:  s/Kevin M. Robson           .
         KEVIN M. ROBSON (ROB143)
         ROBSON LAW FIRM, LLC
         P. O. Box 1704
         Mobile, Alabama 36601
         (251) 648-8273

THE DEFENDANT SHALL BE SERVED VIA CERTIFIED MAIL AT THE FOLLOWING ADDRESS:

Geico General Insurance Company
c/o: CT Corporation System
2 NO Jackson St, Suite 605
Montgomery, AL 36104